No. 10-7351. Julian Rodriguez-Alvarado, Petitioner v. United States.

562 U.S. 1224, 131 S. Ct. 1475, 179 L. Ed. 2d 314, 2011 U.S. LEXIS 1366.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 388 Fed. Appx. 461.